# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabtree, Daniel D. | U.S. District Court, District of Kansas | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Daniel D. Crabtree
United States District Court, District of Kansas
Robert J. Dole Courthouse, 500 State Avenue
Kansas City, Kansas 66101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member | Equity Investors, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Salary, employment by Unified Government of Wyandotte County/Kansas City, Kansas |
| 2. | 2019 | Director's Fees, paid for service as Director of Lead Bank |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Demi Lloyd (f/k/a Demi Kiersznowski) | collateral guest of family friend on graduation trip | $650.00 |
| 2. | David Kiersznowski | guest at college basketbll games | $1,180.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citigroup Inc. Com New | A | Dividend | J | T | | | | | |
| 2. Eaton Vance Large-Cap Value Fund | C | Distribution | K | T | | | | | |
| 3. Eaton Vance Tax-Managed Growth Fund | A | Distribution | J | T | | | | | |
| 4. Energy Transfer Partners LP | B | Distribution | K | T | | | | | |
| 5. Fidelity Advisor New Insights Fund | D | Distribution | M | T | | | | | |
| 6. Great Plains Energy, Inc. | A | Dividend | J | T | | | | | |
| 7. Growth Fund of America | C | Distribution | K | T | | | | | |
| 8. Intel Corp | A | Dividend | K | T | | | | | |
| 9. Invesco American Franchise Fund | C | Distribution | K | T | | | | | |
| 10. Invesco Charter Fund | D | Distribution | K | T | | | | | |
| 11. Invesco Gloabl Small & Mid Cap Growth Fund | C | Dividend | K | T | | | | | |
| 12. Learning Quest Aggressive Track: Moderate Portfolio (529) | | None | M | T | | | | | |
| 13. Targa Resources Corp | B | Dividend | K | T | | | | | |
| 14. Country Club Bank (cash accounts) | A | Interest | N | T | | | | | |
| 15. United Missouri Bank, n.a. (Health Savings Account) | A | Interest | J | T | | | | | |
| 16. Federated Capital Reserves | B | Interest | N | T | Redeemed (part) | 05/23/19 | N | A | |
| 17. AT&T Inc. Com | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Alibaba Group SHS ADR | | None | K | T | | | | | |
| 19. | Apple Inc Com | B | Dividend | M | T | | | | | |
| 20. | KKR & Co LP Del Com Units | A | Distribution | K | T | | | | | |
| 21. | Kinder Morgan Inc Del Com | A | Dividend | J | T | | | | | |
| 22. | Altaba | | None | | | Sold | 09/10/19 | K | D | |
| 23. | Oppenheimer Senior Floating Rate Fund | A | Dividend | K | T | | | | | |
| 24. | Oppenheirmer Steelpath MLP Alpha | D | Dividend | K | T | | | | | |
| 25. | Talmer Bank & Trurst (FDIC insured deposit) | A | Interest | L | T | | | | | |
| 26. | Country Club Wealth Solutions (FDIC insured deposit); see Part VIII | D | Interest | M | T | | | | | |
| 27. | Transamerica Life Insurance Company (Flexible Premium Universal Life) | A | Interest | K | T | | | | | |
| 28. | Fidelity Advisor Large Cap Stock Fund | D | Distribution | L | T | | | | | |
| 29. | Fidelity Advisor (Focus) Health Care Fund | A | Distribution | L | T | | | | | |
| 30. | Fidelity Advisor Consumer Staples Fund | A | Distribution | K | T | | | | | |
| 31. | Fidelity Advisor Energy Fund | A | Dividend | K | T | | | | | |
| 32. | Fidelity Advisor International Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 33. | Fidelity Advisor International Growth Fund | A | Dividend | K | T | | | | | |
| 34. | Fidelity Advisor Mid Cap Value Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Amercan Funds New Perspective Fund | B | Distribution | K | T | | | | | |
| 36. American Funds Balanced Fund | A | Dividend | K | T | | | | | |
| 37. Calamos Strategic Total Return Fund | B | Dividend | K | T | | | | | |
| 38. BlackRock Equity Dividend Fund | B | Dividend | K | T | | | | | |
| 39. AllianzGI NFJ Dividend International &<br>Premium Strategy Fund | B | Dividend | K | T | | | | | |
| 40. Kraneshares TR China A ETF | A | Distribution | K | T | | | | | |
| 41. Wisdom Tree Emerging Markets High<br>Dividend Fund ETF | A | Distribution | K | T | | | | | |
| 42. Amazon.com Inc. | | None | | | Sold | 03/21/19 | J | A | |
| 43. Vanguard Mid Cap Growth Investment Fund<br>(X) | A | Dividend | J | T | | | | | |
| 44. Western Asset Emerging Markets Fund | B | Dividend | J | T | | | | | |
| 45. Select Sector SPDR Fund | A | Dividend | K | T | Buy | 04/13/19 | K | | |
| 46. Lead Bank (cash account) | | None | J | T | | | | | |
| 47. Dreyfus Government Cash Management | C | Int./Div. | N | T | Buy | 05/29/19 | N | | |
| 48. First Trust Exchange Traded Fund II Tech<br>Alphadex | | None | L | T | Buy | 12/24/19 | L | | |
| 49. First Trust Exchange Traded Fund VI Rising<br>Dividend Achievers | | None | L | T | Buy | 12/24/19 | L | | |
| 50. Invesco Exchange Traded Fund TR S & P | A | Dividend | L | T | Buy | 12/24/19 | L | | |
| 51. I-Shares TR Edge MSCI USA Size Factor<br>ETF | | None | L | T | Buy | 12/24/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Crabtree, Daniel D.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Series TR Bllomberg Barclays US Conversion Board Index | | None | L | T | Buy | 12/24/19 | L | | |
| 53. Vanguard World Fund Mega Cap GR ETF | A | Dividend | L | T | Buy | 12/24/19 | L | | |
| 54. Morgan Stanley China | A | Dividend | K | T | Buy | 12/24/19 | J | | |
| 55. First Trust Unit 8026 Value Dividend Opportunity Portfolio | B | Dividend | K | T | Buy | 04/08/19 | K | | |
| 56. First Trust Unit 7920 Global Deep Value Dividend Portfolio | B | Dividend | K | T | Buy | 04/08/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, line 1: The aggregate amount shown in this line was provided in connection with a gift made by a close personal friend ⬛⬛⬛⬛ as a graduation gift ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ The donor is a close family friend. Her appearance (or that of any of her copmanies or associated fo undations) in any matter assigned to me would require that I take no official action with respect to the matter. Both the individual and her associated entities are listed on my recusal list and have been so listed since the time I was appointed.

Part V, line 2: The aggregate gift amount shown on this line was provided by a close personal friend and the appearance by him (or any of his companies or associated foundations) in any matter assgined to me would require that I take no official action with respect to the matter. Both the individual and his associated entities are listed on my recusal list and have been so listed since the time I was appointed. The amount shown in part V consists of the value of:outings to college sporting events, some together and others involving use of tickets he holds. Some but not all of these outings included ⬛⬛⬛⬛⬛⬛⬛⬛ , who are personal friends of Mr. Kiersznowski and his children.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Daniel D. Crabtree**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544